Respondents.— Order denying the plaintiffs' motion for a new trial on the ground of newly-discovered evidence and surprise reversed on the law and the facts, with costs, and motion granted. We are of opinion that, upon the record of the trial and the additional proof submitted by affidavits, justice requires that a new trial be granted. Hagarty, Carswell, Davis and Taylor, JJ., concur; Adel, J., dissents.

Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of First Mortgage Guaranty & Title Company, Respondent, v. Park Hill Estates, Inc., Appellant, and Others, Defendants.— Order denying appellant's motion to dismiss the complaint affirmed, with ten dollars costs and disbursements, with leave to said defendant to answer within ten days from the entry of the order hereon. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

The People of the State of New York, Respondent, v. Afroem Beinhart, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of leaving the scene of an accident without stopping or reporting, unanimously affirmed. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Peter Goettel, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of the crime of assault in the third degree reversed on the law, information dismissed, and the amount of the fine directed to be refunded. We are of opinion that the guilt of the defendant was not established beyond a reasonable doubt. Further, we are of opinion that, assuming the testimony of the complaining witness to be true, the People failed to prove the crime of assault in that there is no adequate proof that the complainant resisted or repulsed the advances made by the defendant, and, therefore, it must be assumed that she assented thereto. This rule of law does not apply to persons of immature age. (*People* v. *Colletta*, 65 App. Div. 570; affd., 169 N. Y. 609; *People* v. *Gibson*, 232 id. 458.) Hagarty, Johnston, Taylor and Close, JJ., concur; Davis, J., dissents and votes to affirm.

‖ The People of the State of New York, Respondent, v. Kenneth Haviland, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of leaving the scene of an accident without stopping or reporting, unanimously affirmed. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

The People of the State of New York ex rel. Fuldjf Holding Corporation, Respondent, v. James J. Sexton and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order of certiorari, reducing assessment on relator's property for the year 1933, unanimously affirmed, without costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

The People of the State of New York ex rel. Martin's Securities Co., Inc., Respondent, v. James J. Sexton and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Two Proceedings.) — Orders reducing assessments upon relator's property for the year 1932 unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.